1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PERRY LEE SISCO,

11                Plaintiff,                    No. CIV S-05-0867 GEB JFM P

12          vs.

13    STATE OF CALIFORNIA, et al.,

14                Defendants.              <u>ORDER</u>

15    _____/

16                By an order filed June 3, 2005, plaintiff was ordered to file an in forma pauperis

17    affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do

18    so would result in a recommendation that this action be dismissed.  The thirty day period expired

19    without plaintiff complying with or responding in any way to the court's order.  Accordingly, on

20    July 22, 2005 this court issued findings and recommendations recommending dismissal of this

21    action without prejudice.  On August 17, 2005, plaintiff filed objections to the findings and

22    recommendations.  Included therein is a request for an extension of time to comply with the June

23    3, 2005 order.

24                Good cause appearing, IT IS HEREBY ORDERED that:

25                1.  The findings and recommendations filed July 22, 2005 are vacated;

26    /////

1

1          2.  Plaintiff is granted thirty days from the date of this order to file a complete in

2  forma pauperis application or pay the appropriate filing fee for this action; and

3          3.  The Clerk of the Court is directed to send plaintiff the court's form Application

4  to Proceed In Forma Pauperis for a prisoner civil rights action.

5  DATED:  August 25, 2005.

UNITED STATES MAGISTRATE JUDGE

12
  sisc0867.vac

2