IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

      Plaintiff,                      No. CIV S-05-0867 GEB JFM P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On November 28, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants A. Beruth, Mr. Schmidt and C/O Spears were returned unserved because there was not enough information to serve said defendants. Process directed to defendant Falconer was returned because the United States Marshal was not able to locate said defendant. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff four USM-285 forms, along with an instruction sheet and a copy of the complaint filed May 2, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

> a. One completed USM-285 form for each defendant referred to in this order;
>
> b. Five copies of the endorsed complaint filed May 2, 2005; and
>
> c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: December 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/bb
sisc0867.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

      Plaintiff,                       No. CIV S-05-0867 GEB JFM P

      vs.

STATE OF CALIFORNIA, et al.,      NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __4__      completed USM-285 forms

      __5__      copies of the __May 2, 2005__
                                              Complaint

DATED:

                                                    _____
                                                    Plaintiff