IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PERRY LEE SISCO,** | No. 2:05-CV-0867-GEB-JFM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendant. | |

Defendants have requested a 14-day extension of time to and including December 15, 2006, to file a motion for summary judgment. The court finds good cause and orders as follows:

    1. Defendants' request for an extension of time is granted;

    2. Defendants' December 13, 2006 motion for summary judgment is deemed timely filed;

    3. Plaintiff's opposition to defendants' motion shall be filed and served within twenty-one days from the date of this order and plaintiff is referred to the provisions of this court's order filed October 13, 2005 with respect to the requirements for opposing a motion for summary judgment pursuant to Fed. R. Civ. P. 56(f); and

/////

/////

Order

1

1     4. Defendants' reply brief, if any shall be filed not later than seven days after
2  plaintiff's opposition is filed.
3  Dated:  December 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/sisc0867.ext

Order
2