IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

      Plaintiff,                    No. CIV S-05-0867 GEB JFM P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In view of the pendency of defendants' December 13, 2006 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties are relieved of the obligation to file pretrial statements until further order of court;

        2. The pretrial conference on the papers set for March 23, 2007 before the undersigned is vacated;

        3. The jury trial set for June 12, 2007 before the Honorable Garland E. Burrell, Jr. is vacated; and

/////

/////

1

4. Said dates will be reset, as appropriate, following resolution of defendants' motion for summary judgment.

DATED: February 21, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001;
sisc0867.vacdts