IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

        Plaintiff,                      No. CIV S-05-0867 GEB JFM P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.             ORDER

_____/

          On December 13, 2006, defendants Butler, Cardeno, Davis, Dazo, Gaitonde, Grannis, Leichner, Martinez, Milson, Navarro, Pagala, Stahl, and Torruella filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.[1]  On February 5, 2007, plaintiff was granted an additional thirty days in which to file an opposition to the motion for summary judgment.  On March 5, 2007, plaintiff filed an opposition.  However, the opposition was not signed.  Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings be signed by the party.  Fed. R. Civ. P. 11(a).  Accordingly, plaintiff will be granted a brief extension of time in which to submit an opposition that contains his signature.  Plaintiff is cautioned that failure to comply with this order may result in the imposition of sanctions, which

---

[1] On January 8, 2007, plaintiff filed objections to the December 22, 2006 findings and recommendations concerning four defendants for whom plaintiff has not yet accomplished service of process.  In the objections, plaintiff states "Plaintiff does oppose the recommendation for summary judgment."  (Id. at 1.)  This statement is insufficient to serve as an opposition.

1  may include a recommendation that this action be dismissed for plaintiff's failure to comply with
2  court orders.
3       Accordingly, IT IS HEREBY ORDERED that, within twenty days of the date of
4  this order, plaintiff shall file an opposition to the motion for summary judgment that includes his
5  signature.  Failure to comply with this order will result in a recommendation that this action be
6  dismissed pursuant Federal Rule of Civil Procedure 41(b).
7  DATED:  April 6, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; sisc0867.sig