IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

        Plaintiff,                     No. CIV S-05-0867 GEB JFM P

        vs.

STATE OF CALIFORNIA, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                               /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On November 28, 2005, the court ordered the United States Marshal to serve process on defendants. Process directed to defendants Beruth, Schmidt, Spears and Falconer was returned unexecuted. Plaintiff subsequently failed to provide additional information for service of process on these defendants and on March 8, 2006, the court recommended these defendants be dismissed. By order filed February 5, 2007, the findings and recommendations were vacated and plaintiff was granted an additional sixty days in which to provide the court with information necessary to accomplish service of process on these defendants. Plaintiff was cautioned that if he was unable to provide the information necessary to serve these four defendants by the deadline, the court would recommend that these defendants be dismissed from this case. The sixty day period has now passed and plaintiff has filed to provide the information.

1       Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Beruth, Schmidt, Spears and Falconer be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 4(m).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 18, 2007.

                              UNITED STATES MAGISTRATE JUDGE

1;sisc0867.fusm(3)