IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY LEE SISCO,

      Plaintiff,                    No. CIV S-05-0867 GEB JFM P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2007, a document entitled "Plaintiff's Order to Produce" was filed, but it was not signed by plaintiff. On April 6, 2007, a document entitled "Motion for Extension of Discovery," was filed, but it was not signed by plaintiff. On April 9, 2007, a document entitled "Motion for Appointment of Counsel" was filed, but it was not signed by plaintiff. Each of the above documents was signed by a "Lynn Dowing for Perry Lee Sisco, in Pro Per." Rule 11 of the Federal Rules of Civil Procedure requires that every pleading, written motion, and other paper shall be signed by the party. (Id.) Lynn Dowing is not a party. Thus, these filings will be placed in the court file and disregarded. Plaintiff is cautioned that continued violation of Fed. R. Civ. P. 11 may result in the imposition of sanctions, including, but not limited to, a recommendation that this action be dismissed. Fed. R. Civ. P. 11(c).

1

1   Accordingly, IT IS HEREBY ORDERED that these documents shall be placed in
2  the court file and disregarded.  The Clerk of the Court is directed to terminate motions 48, 49 and
3  50.
4  DATED: April 18, 2007.

                                                    UNITED STATES MAGISTRATE JUDGE

8  1;sisc0867.o